IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES JR. MHOON                                                  PLAINTIFF

VS.                                           CIVIL ACTION NO. 3:17-cv-505-DPJ-FKB

CENTURION OF MISSISSIPPI,
LLC, et al.                                                   DEFENDANTS

## **ORDER**

This cause is before the Court on Plaintiff's Motion to Dismiss Defendant P. Hopson [14] and Motion for Discovery [27].

Plaintiff, James Mhoon, requests that Defendant P. Hopson be dismissed. [14]. He explains that he mistakenly included Hopson in his Amended Complaint. *Id.* Based on Mhoon's representations, the Court finds that the motion [14] should be, and is hereby, granted. Defendant P. Hopson is hereby dismissed without prejudice.

Mhoon next requests that he be permitted to conduct discovery. [27]. He requests certain policy documents, medical records, and interrogatory responses from Defendants. *Id.* By Order of December 15, 2017, the Court stayed discovery in this matter pending an omnibus hearing. [11] at 2. An omnibus hearing has been set for November 28, 2018. [28]. At the hearing, the Court will determine, *inter alia*, the nature of Mhoon's claims, whether dismissal under 28 U.S.C. § 1915(e) is appropriate, and whether discovery is necessary. Accordingly, Mhoon's motion for discovery [27] is denied without prejudice.

SO ORDERED, this the 20th of July, 2018.

                                                             /s/ F. Keith Ball
                                                  UNITED STATES MAGISTRATE JUDGE